U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:
Jelani Sutton

v.

City of Chicago, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jelani Sutton, Plaintiff

```
FILED
APRIL 7, 2008                    YM
08CV1970
JUDGE LEINENWEBER
MAGISTRATE JUDGE NOLAN
```

| NAME (Type or print) |
| --- |
| James M. Baranyk |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James M. Baranyk |
| FIRM |
| A LAW OFFICE OF CHRISTOPHER SMITH |
| STREET ADDRESS |
| 119 N. PEORIA STREET, SUITE 3A |
| CITY/STATE/ZIP |
| CHICAGO, IL 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6232337 | 312.432.0400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |