UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JELANI SUTTON, | ) | |
| Plaintiff, | ) | 08 C 1970 |
| | ) | |
| v. | ) | Judge Leinenweber |
| | ) | |
| CITY OF CHICAGO, Et al., | ) | Magistrate Judge Nolan |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Christopher R. Smith
Jared S. Kosoglad
James Baranyk
A Law Office of Christopher R. Smith
119 N. Peoria, Suite 3A
Chicago, IL 60607
312-432-0400

**PLEASE TAKE NOTICE** that on Wednesday June 25, at 9:30 am., or as soon thereafter as counsel may be heard, before the Honorable Harry D. Leinenweber, or whomever shall be sitting in her stead, in Room 1941 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached *AGREED MOTION TO EXTEND THE TIME IN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE PLEAD.*

Respectfully submitted,

/s/ **JOEL G. SANDOVAL**
JOEL G. SANDOVAL
Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312)742-5146
ATTORNEY NO. 06290664