## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of: | Case Number:    08 C 1970 |

Jelani Sutton

v.

City of Chicago, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Chicago Police Officers Robert Arona and Adrian Zepeda and City of Chicago

| |
|---|
| NAME (Type or print)<br>Rita C. Moran |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> /s/ Rita C. Moran |
| FIRM    City of Chicago Department of Law |
| STREET ADDRESS    30 North LaSalle Street, Suite 1020 |
| CITY/STATE/ZIP    Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270301 | TELEPHONE NUMBER<br>(312) 744-4939 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES  **X**    NO  ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES  ☐    NO  **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES  **X**    NO  ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES  **X**  NO  ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  ☐        APPOINTED COUNSEL  ☐ |