IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JELANI SUTTON, | ) | |
| Plaintiff, | ) | 08 C 1970 |
| | ) | |
| v. | ) | Judge Leinenweber |
| | ) | |
| CITY OF CHICAGO, Et al., | ) | Magistrate Judge Nolan |
| Defendants. | ) | |

**AGREED MOTION TO EXTEND THE TIME IN WHICH
DEFENDANTS MAY ANSWER OR OTHERWISE PLEAD**

Defendant Chicago Police Officers Robert Arona and Adrian Zepeda ("Individual Defendants"), and Defendant City of Chicago ("City") by their attorney, Joel G. Sandoval, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court extend the time in which defendants may answer or otherwise plead to plaintiffs' complaint to July 30th, 2008. In support of this motion, defendants state:

1. The undersigned filed his appearance for the Individual Defendants and City on June 17, 2008.

2. This motion is Individual Defendants' second request for an extension of time to answer or otherwise plead.

3. The undersigned has not yet been able to interview all police personnel necessary to answer the complaint herein. Defendant Robert Arona was injured and has been on medical leave.

4. The undersigned has not yet received all police reports and files necessary to answer the complaint herein.

5. Plaintiff has been notified, has agreed, and will not be prejudiced as a result of said

extension of time.

**WHEREFORE,** The Individual Defendants and City respectfully request that they be given until July 30th, 2008 to answer or otherwise plead to plaintiff's' complaint.

Respectfully submitted,

/s/ JOEL G. SANDOVAL
Joel G. Sandoval
Assistant Corporation Counsel

30 N. LaSalle Street
Suites 1400
Chicago, Illinois 60602
(312) 742-5146
(312) 744-6566 (FAX)
Attorney No.: 6290664