UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JELANI SUTTON, | ) | |
| Plaintiff, | ) | 08 C 1970 |
| | ) | |
| v. | ) | Judge Leinenweber |
| | ) | |
| CITY OF CHICAGO, Et al., | ) | Magistrate Judge Nolan |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

To:    Christopher R. Smith
James Baranyk
A Law Office of Christopher R. Smith
119 N. Peoria, Suite 3A
Chicago, IL 60607
312-432-0400

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing *DEFENDANTS' ANSWER, 12(b)(6) DEFENSES, AFFIRMATIVE DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT* and *NOTICE OF FILING* to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on July 29, 2008, in accordance with the rules on electronic filing of documents.

Respectfully submitted,

/s/ **JOEL G. SANDOVAL**
JOEL G. SANDOVAL
Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS 60602
(312)742-5146
ATTORNEY NO. 06290664