IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| JELANI SUTTON, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 08 C 1970 |
| | ) | | |
| CHICAGO POLICE OFFICERS | ) | JUDGE | LEINENWEBER |
| ARONA, Star #11805, | ) | | |
| ZEPEDA, Star #11439, and | ) | | |
| UNKNOWN CHICAGO POLICE | ) | | |
| OFFICERS, and the CITY OF CHICAGO, | ) | | |
| | ) | | |
| Defendants. | ) | **JURY DEMANDED** | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, August 27, 2008, at 9:30 a.m., I shall appear before the Honorable Judge Leinenweber, in the courtroom usually occupied by him, and then and there present the attached **Motion To Withdraw**, a copy of which is hereby served upon you.

                                                       /s Jared S. Kosoglad
                                                     One of Plaintiff's attorneys

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that he served a copy of this Certificate of Service and accompanying Motion To Withdraw on the below-listed attorneys by electronic means on August 18, 2008.

Rita Moran, Joel Sandoval
30 N. LaSalle Street
Chicago, IL 60602

                                              s/ Jared S. Kosoglad

                                      Jared S. Kosoglad
                                      120 N. Green Street, Suite 3G
                                      Chicago, IL 60607
                                      312-513-6000