IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
8-18-2008
AUG 1 8 2008

JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| JELANI SUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 1970 |
| ) | |
| CHICAGO POLICE OFFICERS ARONA, Star ) | Judge Leinenweber |
| #11805, ZEPEDA, Star #11439, and ) | |
| UNKNOWN CHICAGO POLICE OFFICERS ) | Magistrate Judge Nolan |
| and the CITY OF CHICAGO, ) | |
| ) | JURY DEMANDED |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Christopher R. Smith
Attorney for plaintiff,
Jelani Sutton
Law Office of Christopher R. Smith
119 N. Peoria St., Suite 3A
Chicago, Illinois 60607
(312) 432-0400
Attorney No. 6201953
DATE: 8/13/2008

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Rita Moran
Assistant Corporation Counsel
Attorney for City of Chicago and
defendants,
Robert J. Arona and Adrian Zepeda
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-4939
Attorney No. 06270301
DATE: 8/14/08