Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1970 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Jelani Sutton vs. Chicago Police Officers, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the Stipulation, all of the claims of plaintiff, Jelani Sutton, against defendants, City of Chicago, Robert J. Arona and Adrian Zepeda are dismissed with prejudice and with each side bearing its own costs and attorneys' fees.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials:  WAP