MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JELANI SUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 1970 |
| ) | |
| CHICAGO POLICE OFFICERS ARONA, Star ) | Judge Leinenweber |
| #11805, ZEPEDA, Star #11439, and ) | |
| UNKNOWN CHICAGO POLICE OFFICERS ) | Magistrate Judge Nolan |
| and the CITY OF CHICAGO, ) | |
| ) | JURY DEMANDED |
| Defendants. ) | |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Jelani Sutton, by one of his attorneys, Christopher R. Smith, and defendants, Robert J. Arona and Adrian Zepeda, by one of his attorneys, Rita Moran, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Jelani Sutton, against defendants, City of Chicago, Robert J. Arona and Adrian Zepeda, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Rita Moran
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-4939
Attorney No. 06270301

ENTER: _____
The Honorable Harry D. Leinenweber
United States District Judge

DATED: 8/26/2008