## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1970 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Jelani Sutton vs. Chicago Police Officers, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion to Withdraw the appearance of Jared S. Kosoglad is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|